IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DARICE E. SILVESTRO, et al.          )
                                     )
v.                                   ) NO. 3-13-0066
                                     ) JUDGE CAMPBELL
BANK OF AMERICA, N.A.                )

ORDER

Pending before the Court is Defendant's Motion to Dismiss (Docket No. 6). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED in part and DENIED in part. Plaintiffs' claims for negligence and violation of the Tennessee Consumer Protection Act are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE