IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DARICE E. SILVESTRO, et al.         )
                                    )
v.                                  ) NO. 3-13-0066
                                    ) JUDGE CAMPBELL
BANK OF AMERICA, N.A.               )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 36). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED in part and DENIED in part. Plaintiffs' claims for mental anguish and emotional distress are DISMISSED.

This case remains set for a pretrial conference on October 10, 2014, and a trial on October 21, 2014.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE